FILED

MAR - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

March 3, 2005

05cv92JJF

Dear Mr. Dalleo,

I just want to inform you that I did receive your notice of the assigned judge appointed to my civil case. However, a correction needs to be made to my name which was incorrectly spelled James Anwar White on both the letter and the notice you sent me. Please change it to Jamar Anwar White. I bring this to your knowledge in case any identification problems occur.

Please advise me on any additional standings pertaining to this case.

Sincerely, Jamar White