

3-26-05

To Whom this concerns,
or to (Clerk Peter T. Dalleo)

Do I need to have the defendants I am in suite against to sign the Consent to the Exercise of Jurisdiction form?

If I do please contact me by mail as soon as possible. If not, don't contact at all.

Sincerely,

Jamar White