

Dear Peter Dalleo,

   In inquiring about the current status of civil case, #05-92 JJF, please provide me with the lastest update, and any that arise.

   Also, should the defending parties in this case refuse to sign the concent forms for the exercising of the magistrate judge, where does the case proceed from there?

   Please contact me as soon as possible.

                Sincerely,

                Jamar White

I/M James White
SBI# 417978   UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter T. Dalleo
Office Of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570




19801-3570