OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 3, 2005

TO: Jamar White
SBI #414978
DCC

RE: *Letter Requesting Status of Case; CA 05-92 JJF*

Dear Mr. White:

This office has received a letter from you, DI #8, requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Joseph J. Farnan, Jr. and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

Please be advised, exercise of jurisdiction by a magistrate judge is permitted only if all of the parties in a case **VOLUNTARILY consent**. If any party does not provide their **voluntary consent**, the case will not be referred to the Magistrate and the Consent form is not filed with the Court. The case will proceed as normal should the election for the Magistrate Judge not be made.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.: CA 05-92 JJF
enc. Docket Sheet



COPY

FILED APR 29 2005

Dear Peter Dalleo,

In inquiring about the current status of civil case, #05-92 JJF, please provide me with the latest update, and any that arose. Also, should the defending parties in this case refuse to sign the consent forms for the exercising of the magistrate judge, where does the case proceed from there?

Please contact me as soon as possible.

Sincerely,

James White