6-3-05

Dear Mr. Dalleo,

If you will, please present the following letter to The Honorable Judge Joseph J. Farnan, Jr, who is presiding over my civil case; CA 05-92 JJF as soon as possible I would greatly appreciate it.

Jamar White

FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Jamar White
SBI# 414978   UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of Clerk, Peter T. Dalleo
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570