06-03-05

Dear Honorable Joseph J. Farnan, Jr,

Since all antagonistic parties involved in CA 05-92 JJF have decided not to consent, or have yet to consent to have the case referred to a Magistrate, I would like to request that this case be heard by a Jury, and decided on properly with respect to due process.

If this can be made possible, I would be greatly satisfied.

Sincerely,
Jamar White



FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Jamar White
SBI# 414978   UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of Clerk, Peter T. Dalleo
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3510