9-22-05

Dear Dalleo,

RE: It has been at least five months since my last inquisition on the current status of my case.

Again, I wish to inquire of the current status of my case, #1:05-cv-92-JJF, because I haven't heard anything recently.

Also, during the initial process of filing this petition, it was revealed that the U.S Marshals would see to it that copies of this petition would be delivered to each of the defendants in this

[FILED SEP 26 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

case. However, I would like to know if that took place, and if not, how come or why wasn't I given the forms to proceed in that process.

If you can provide for me the above inquisitions I would appreciate it greatly.

Sincerely,

*James White*





I/M Jamar White
SBI# 414978  UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk: Peter T. Dalleo
Lockbox 18  844 King Street
U.S. Courthouse
Wilmington, Delaware
19801