10-24-05

TO: Clerk of Court,

RE: I write to request the current status of CA 05-90 JJF.

It has been six months since I last inquired, and was told the case was still pending before the court. Two weeks ago I wrote Clerk Peter Dalleo concerning this matter, but have as of today, not received any response.

Please contact me with an update on this case.

Jamar White





I/M Jamar White
SBI# 414978   UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Courthouse
Lockbox 18
844 King Street
Wilmington, Delaware
19801