United States District Court
District of Delaware

Jamar A. White

v.

Delaware State Police,-
Detective Daniel Bramble;
Department of Justice,-
Deputy Attorney General
Mark B. Cherney

Motion For Appointment of Counsel

Civil Action No. 05-92 JJF



Plaintiff's move in this court for an order appointing counsel, a member of the Delaware Bar to represent him because he cannot afford to employ an attorney. This motion is based on Plaintiff's affidavits in support of his motion for leave to proceed in forma pauperis and for appointment of counsel. Legal authority for appointment and compensation of counsel is 28 U.S.C. sec. 1915(d) and 18 U.S.C. sec. 3006A(g), as interpreted in McClain v. Manson. 343 F. Supp. 382 (D. Conn. 1972).

Dated: November 3, 2005        Signature: Jamar Anwar White
                                In Propria Personam

I/M Jamar White
SBI# 414978  UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Clerk of
U.S. Court House
LockBox 18
844 King Street
Wilmington, Delaware
19801