11-5-05

CA* 05-92 JJF

RE: All affidavits in support of this motion, and above case, are supplied in the original documents filed in this court.

Please contact me if there are any complications.

Sincerely,

Jamar White

RECEIVED
NOV -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE