IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAR ANWAR WHITE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-92-JJF |
| DANIEL BRAMBLE, DELAWARE STATE POLICE, MARK B. CHERNEV, and DEPARTMENT OF JUSTICE, | : |
| Defendants. | : |

### ORDER

At Wilmington, this 24 day of January 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Complaint (D.I. 2) is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

UNITED STATES DISTRICT JUDGE