08-25-06

RE: This letter is in reference to Civil
Case No. 1:05-cv-92

I would like to inquire about the
remaining partial filing fee balance
on this case. Please inform me as
soon as possible at the address
on this envelope.

Sincerely,

Jamar White
Jamar White

I/M Jomar White
SBI# 414978 UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.A
X.RAY

WILMINGTON DE 197
26 AUG 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del 19801-3570