OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 30, 2006

```
TO:  Jamar Anwar White
     SBI #414978
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977
```

*RE:  Filing Fee Balance Inquiry; 05-92(JJF)*

Dear Mr. White:

    This office received a letter from you requesting the remaining balance in the above mentioned case. Per the financial administrator, the remaining balance on your account is $115.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                               Sincerely,

/bad                                            PETER T. DALLEO
                                                  CLERK

cc:  The Honorable Joseph J. Farnan, Jr.