Office of the Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, Delaware 19801-3570

July 6, 2007

*Re: Remaining Case Balance*

Dear Clerk of the Court,

This letter is in reference to civil case **No. 1:05-cv-00092-JJF White v. Delaware State Police et al; which was closed on 01/24/2006.** Because I am still paying monthly towards the cost of the filing that case, I write to inquire about the remaining balance fee.

Therefore, if you will, please contact me at the address below, and supply me with the remaining balance fee, and also, if possible, a statement entailing the amount of each balance paid monthly thus far.

Yours Truly,

*Jamar A. White*
Jamar A. White

FILED
JUL 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977**

WILMINGTON DE 197

16 JUL 2007 PM 1 T

I/M Jamar White
SBI# 414978  UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801