To:   Office of the Clerk
      United States District Court
      844 N. King Street, Lockbox 18
      Wilmington, Delaware 19801-3570

From: Jamar White
      S.B.I. # 414978
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, Delaware 19977

Re:   Request for remaining case balance fee.

November 20, 2007



Dear Clerk of the Court,

    This letter is presented in inquisition and concern over the remaining balance left on the filing fee involving the closed case *1:05-cv-00092-JJF White v. Delaware State Police et al.* Initially, an agreement was made via forma pauperis that the petitioner would pay a monthly partial filing fee of 15 % of his average monthly income.

    In addition, on several occasions an attempt to contact this office either via U.S mail or by phone to retrieve this information has been useless. Nevertheless, since a visit to this office is at the moment incapable given the petitioner's current physical status, another request for this information is being made so that the remaining balance fee can be acknowledged and taken care of as soon as possible.

    Therefore, if you will, please forward this information and if available, the initial agreement made via forma pauperis between the petitioner and this Court at the earliest possible convenience at the address above.

Yours Truly,

*Jamar White*
Jamar White

I/M Jamor White
SBI# 414978  UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
23 NOV 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street lockbox 18
Wilmington, Delaware 19801-3570

