OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 28, 2007

TO:

**Jamar Anwar White**
SBI #414978
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    *RE:*  **Request For Remaining Account Balance**
           **CA 05-92 JJF**

Dear Mr. White:

    We are in receipt of your letter dated 11/20/07 requesting your remaining account balance. Enclosed please find a detailed listing of all payments made to date in subject case. You have a remaining balance of $1.00.

    I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,

/rwc                                  PETER T. DALLEO
                                        CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
      Business Office, DCC
      Financial Administrator, USDC

enc.  Account Summary