COPY

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 20, 2007

TO:  **Delaware Correctional Center**
     **ATTN:  Business Office**
     **P.O. Box 500**
     **Smyrna, DE 19977**

   **RE:  Return of Check #23377 to DCC Business Office**

   Enclosed check in the amount of $1.00, designated as a payment in CA 05-92 JJF for Mr. Jamar White, SBI #414978, is returned by the Clerk's Office without action. The filing fees in subject civil action are paid in full as noted on the attached ledger. Please note that a previous payment of $1.00 was received and posted on 12/17/07, and this office issued receipt number 19945.

   Please contact me directly if you have a question, at 302-573-6158.

                                      Sincerely,

/rbe
       BY: _____    PETER T. DALLEO
           Ronald B. Eberhard            CLERK
           Intake Supervisor


Attachment - DCC Check #23377 dated 12/13/07

cc: The Honorable Joseph J. Farnan, Jr., CA 05-92 JJF
    Financial Administrator, US District Court
    Jamar White, SBI #414978, DCC

**JAMAR ANWAR WHITE v. DE STATE POLICE ET AL.**

CA 05-92-JJF
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 3/2/2005 | | | | 250 |
| 9/20/2005 | 5100PL | 140680 | 21 | 229 |
| 10/28/2005 | 5100PL | 141035 | 32 | 197 |
| 11/28/2005 | 5100PL | 141326 | 3 | 194 |
| 1/5/2006 | 5100PL | 141751 | 12 | 182 |
| 1/20/2006 | 5100PL | 142009 | 19 | 163 |
| 5/4/2006 | 5100PL | 143336 | 3 | 160 |
| 5/18/2006 | 5100PL | 143510 | 26 | 134 |
| 6/16/2006 | 5100PL | 143839 | 0.63 | 133.37 |
| 7/27/2006 | 5100PL | 144185 | 10.11 | 123.26 |
| 8/15/2006 | 5100PL | 144433 | 8.26 | 115 |
| 9/15/2006 | 5100PL | 144764 | 20.47 | 94.53 |
| 10/25/2006 | 5100PL | 145166 | 3.53 | 91 |
| 1/23/2007 | 5100PL | 146182 | 11 | 80 |
| 2/8/2007 | 5100PL | 146405 | 2 | 78 |
| 3/13/2007 | 5100PL | 146835 | 4 | 74 |
| 4/9/2007 | 5100PL | 147134 | 12 | 62 |
| 5/8/2007 | 5100PL | 147490 | 2 | 60 |
| 5/8/2007 | 0869PL | 147490 | 0.26 | 59.74 |
| 6/14/2007 | 0869PL | 147899 | 12.27 | 47.47 |
| 7/16/2007 | 0869PL | 148190 | 2.47 | 45 |
| 7/16/2007 | 0869PL | 148191 | 7 | 38 |
| 8/8/2007 | 0869PL | 148483 | 22 | 16 |
| 9/12/2007 | 0869PL | 148863 | 6 | 10 |
| 10/12/2007 | 0869PL | 149184 | 5.52 | 4.48 |
| 11/6/2007 | 0869PL | 149484 | 3.48 | 1 |
| 12/17/2007 | 0869PL | 149945 | 1 | 0 |

---

**DELAWARE CORRECTIONAL CENTER**
**INMATE ACCOUNT**
SMYRNA, DELAWARE

No. 23377

DATE 12/13/07

PAY TO THE ORDER OF US District Court    $ 1.00

DOLLARS

**PNCBANK**
PNC Bank, Delaware, 080
Wilmington, DE

VOID AFTER 60 DAYS

Jamar White